**UNITED STATES of America,**
**Appellee,**

v.

**Roberto NUNEZ, also known as El**
**Encufle, Defendant–Appellant.**

**No. 09–1024–cr.**

United States Court of Appeals,
Second Circuit.

May 26, 2009.

Nicholas L. McQuaid, Assistant United
States Attorney, for Lev Dassin, Acting
United States Attorney for the Southern
District of New York, NY, for Appellee.

Ernest H. Hammer, New York, NY, for
Appellant.

Present: Hon. WALKER, Hon. SONIA
SOTOMAYOR, Hon. RICHARD C.
WESLEY, Circuit Judges.

### SUMMARY ORDER

Defendant-appellant Nunez appeals
from the district court's order of detention
pending trial. We assume the parties' fa-
miliarity with the facts, the proceedings
below, and the issues on appeal. The dis-
trict court concluded that Nunez posed a
risk of flight and that no condition or
combination of conditions could reasonably
assure his presence at trial. Upon careful
review of the record, we conclude that the
district court properly considered and
weighed the applicable factors under 18
U.S.C. § 3142, and that its findings were
not clearly erroneous. *See United States
v. Sabhnani,* 493 F.3d 63, 75 (2d Cir.2007)
("[W]e apply deferential review to a dis-
trict court's order of detention and will not
reverse except for clear error. . . .").

For the reasons discussed, the order of
the district court is AFFIRMED.